IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03042-RM

JASON SISNEROS

    Plaintiff,

v.

UNITED STATES OF AMERICA

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Jason Sisneros, by and through his attorneys, BELL & POLLOCK, P.C., and submits his Notice of Settlement and in support thereof states as follows:

1. The parties reached an agreement and have resolved this matter.
2. The Pretrial Conference is not currently scheduled. Trial in this matter is not currently scheduled.
3. Settlement documents will be provided to the Court within approximately fourteen (14) business days.

Dated this 19th day of November, 2020

        BELL & POLLOCK, P.C.

        s/ Robert A. Brovege, Jr.
        Robert A. Brovege, Jr., No. 32726
        7555 East Hampden Avenue, Suite 200
        Denver, CO 80231
        Telephone:   (303) 795-5900
        Email:   rbrovege@bellpollock.com
        Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I filed the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court for the District of Colorado using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Jessica E. Elliott, Esq.
Assistant United States Attorney
Jessica.Elliott@usdoj.gov

                                                  *s/ Yvette D. VanDerhoof*
                                                  Yvette D. VanDerhoof, Paralegal