IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03042-RM

JASON SISNEROS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that the parties in the above-captioned matter have settled their claims. However, per the Defendant's representations, it will not issue the settlement checks until this matter is dismissed. Plaintiff hereby dismisses this matter **without** prejudice until the settlement checks have been received by Plaintiff's counsel. At that time, the Plaintiff will file a Notice of Dismissal **with** prejudice.

DATED December 10, 2020.

                                            s/ *Robert A. Brovege Jr.*
                                            Robert A. Brovege, Jr., No. 32726

                                            Bell & Pollock, P.C.
                                            7555 East Hampden Avenue, Suite 200
                                            Denver, Colorado 80231
                                            Telephone: (303) 795-5900
                                            E-mail: rbrovege@bellpollack.com
                                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, I filed the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court for the District of Colorado using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Jessica E. Elliott
Assistant United States Attorney
jelliott@usdoj.gov
Attorney for Defendant

                                             *s/ Yvette D. VanDerhoof*
                                             Yvette D. VanDerhoof
                                             Paralegal